IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERRARD D. JONES,

      Petitioner,

v.

PHILIP L. MURPHY, and FLA.
DEPT. OF CORRECTIONS,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0696

Opinion filed September 13, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Gerrard Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Matthew F. Vitale, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.